Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Defendants Leon Richard Mays and Darryl W. Daniels*



**FILED & ENTERED**

**DEC 05 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>LEON RICHARD MAYS and DARRYL W. DANIELS,<br><br>    Debtors. | Case No.: 6:19-bk-16968-WJ<br><br>Adv. Pro. No.: 6:19-ap-01150-WJ<br><br>Chapter 7 |
| RICHARD MENG and VIVIAN MENG,<br><br>    Plaintiffs,<br><br>v.<br><br>LEON RICHARD MAYS and DARRYL W. DANIELS,<br><br>    Defendants. | **SCHEDULING ORDER** |

The Court has considered the "Stipulation To Extend Deadline To File Answer To Complaint To Determine Non Dischargeability Of Debt Pursuant To 11 U.S.C. § 523(A)(2), § 523(A)(4), And § 523(A)(6)" between the parties.  Good cause appearing, the Court hereby orders:

1. The deadline for the defendants to respond to the complaint is extended from December 2, 2019 to December 23, 2019.

IT IS SO ORDERED.

###

Date: December 5, 2019

Wayne Johnson
United States Bankruptcy Judge